IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXII BUILDING SOLUTIONS INC., *a Canadian Corporation*,<br><br>   *Plaintiff*,<br><br> v.<br><br>NEXUS 1, LLC, *a Delaware limited liability company*; NEXUS MANAGER, LLC, *a Delaware limited liability company*; JOHN WOLFINGTON; *and* DANIEL METZLER,<br><br>   *Defendants*. | Case No. 22-cv-01619-RGA |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants NexUs 1, LLC and NexUs Manager, LLC state as follows:

- Defendant **NexUs 1, LLC** is a limited liability corporation formed under the laws of Delaware, it does not have a parent corporation, and no publicly traded company owns more than 10% of its membership interests; and

- Defendant **NexUs Manager, LLC** is a limited liability corporation formed under the laws of Delaware, it does not have a parent corporation, and no publicly traded company owns more than 10% of its membership interests.

Dated: January 18, 2023       **SULLIVAN · HAZELTINE · ALLINSON LLC**

                /s/ *William D. Sullivan*
               William D. Sullivan (No. 2820)
               919 North Market Street, Suite 420
               Wilmington, DE  19801
               Tel: (302) 428-8191
               Fax: (302) 428-8195
               Email: bsullivan@sha-llc.com

               and

Mark S. Haltzman, Esq.
William C. Katz, Esq.
Silverang, Rosenzweig & Haltzman, LLC
900 E. 8th Avenue, Suite 300
King of Prussia, PA 19406
mhaltzman@sanddlawyers.com
WKatz@sanddlawyers.com

*Counsel for NexUs 1, LLC and NexUs Manager, LLC*