# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXII BUILDING SOLUTIONS INC., *a Canadian corporation*<br><br>Plaintiff,<br><br>v.<br><br>NEXUS 1, LLC, *a Delaware limited liability company*; NEXUS MANAGER, LLC, *a Delaware limited liability company*; JOHN WOLFINGTON *and* DANIEL METZLER;<br><br>Defendants. | Civil Action No. 22-cv-01619-RGA |

## NOTICE OF SERVICE OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' CONTENTION INTERROGATORIES

**PLEASE TAKE NOTICE THAT** on January 30, 2023, copies of *Plaintiff's Objections to Defendants' Contention Interrogatories* were served upon the parties listed below by electronic mail.

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson, LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Mark S. Haltzman
Silverang Rosenzweig & Haltzman, LLC
Woodlands Center, Suite 300
900 East Eighth Avenue
King of Prussia, PA 19406
mhaltzman@sanddlawyers.com

William C. Katz
Silverang Rosenzweig & Haltzman, LLC
Woodlands Center, Suite 300
900 East Eighth Avenue
King of Prussia, PA 19406
wkatz@sanddlawyers.com

| | |
|---|---|
| Dated:  January 30, 2023 | DORSEY & WHITNEY (DELAWARE) LLP |

  /s/ Eric Lopez Schnabel
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone:  (302) 425-7171
Facsimile:  (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
       glorioso.alessandra@dorsey.com

-and-

Daniel Goldberger (NY Bar No. 4629358)
Rachel P. Stoian (NY Bar No. 4788832)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
E-mail:  goldberger.dan@dorsey.com
       stoian.rachel@dorsey.com

***Attorneys for Plaintiff Nexii Building Solutions Inc.***