IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXII BUILDING SOLUTIONS INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>NEXUS 1, LLC, NEXUS MANAGER, LLC, JOHN WOLFINGTON, and DANIEL METZLER,<br><br>               Defendants. | Civil Action No. 22-1619-RGA |

ORDER OF DISMISSAL WITH PREJUDICE

The Court issued an order to show cause why this case should not be dismissed with prejudice for lack of required counsel and for failure to prosecute. (D.I. 85). Plaintiff has not timely responded.

Therefore, this 17th day of November 2025, this case is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                                                                          /s/ Richard G. Andrews\_\_\_
                                                                                                          United States District Judge